

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00166-CV

| | | |
|---|---|---|
| DAN SIMMONS; SIMMONS & ASSOCIATES OF NORTH TEXAS, P.L.L.C; DS FAMILY, LP; FINANCIAL WORX, LTD.; AND SEKURE CONNEKT, LTD., Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-255831-11) |
| V. | § | August 8, 2019 |
| RICHARD WYLIE, INDIVIDUALLY; KSW CPA, P.C. FKA SIMMONS & WYLIE, P.C.; AND HMSW CPA, P.L.L.C., Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel